1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRANDON T. COLLINS, | ) | Case No. EDCV 12-231-DMG (OP) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| | ) | |
| PAT VASQUEZ, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, the Report and Recommendation of the United States Magistrate Judge, Petitioner's Objections thereto, and the Final Report and Recommendation of the United States Magistrate Judge. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1    IT IS ORDERED that Judgment be entered: (1) accepting this Final Report
2  and Recommendation; and (2) granting Respondent's Motion to Dismiss the Petition
3  for failure to exhaust state judicial remedies; and (3) directing that Judgment be
4  entered denying the Petition and dismissing this action without prejudice.

5
6
7  DATED:  12/28/12

                         _Dolly M. Gee_
8                        HONORABLE DOLLY M. GEE
                         United States District Judge
9
10
Prepared by:
11
12
13
HONORABLE OSWALD PARADA
14  United States Magistrate Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28                               2