JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON T. COLLINS,<br><br>           Petitioner,<br>  v.<br><br>PAT VASQUEZ, Warden,<br><br>           Respondent. | Case No. EDCV 12-231-DMG (OP)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: 12/28/12

*/s/ Dolly M. Gee*
HONORABLE DOLLY M. GEE
United States District Judge

Prepared by:

*/s/*
HONORABLE OSWALD PARADA
United States Magistrate Judge